FILED - MQ
August 31, 2018 3:49 PM
Thomas L. Dorwin, CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc/ Scanned by / 9/12/18

2:18-cv-145
Robert J. Jonker, US District Judge
Timothy P. Greeley, US Magistrate Judge

JURY TRIAL FOR

CLASS ACTION LAWSUIT AGAINS THE FORSYTH TOWNSHIP BOARD FOR THE FOLLOWING:

(1) VIOLATION OF ART IX SEC 3 OF MSC OF 1963 & PROPOSAL A AS AMENDED ON 3/15/94 AS TO (MSC) MICH. STATE CONSTITION

a. (CTCV) OR (PP) IGNORED & REPLACED WITH THEIR OWN # OF TCV EXAMP. 41 JACKPINE SOLD BY CREDIT UNION FOR $5,000.00 (CTCV) ASSESSOR VALUES TCV OF $57,200 (VALUE OVERRIDDEN) BY FORSYTH ASSESSOR (FA) (PP) IS PURCH PRICE FIRST. TAX BILL 6 MONTHS AFTER PURCH $1,143.00

b. ASSESSOR IGNORS 50% MAX & USES 100%

c. ASSESSOR IGNORS PROPOSAL A'S LIMIT ON TV INCREASES BY CONSUMERS PRICE INDEX (CPI) OR MAX 5% NOTE: AV ≠ TV. EXAMPLE

I. 70'X120' LOTS IN NEW SWANZY WENT FROM $4,900 TO $7,700 FROM 2017 TO 2018 WHILE LAND BANK REDUCED VALUE FROM $500.00 TO $100.00

II 41 JACKPINE CTCV OF 5,000.00 INCREASED TO TCV OF 57,200 VALUE OVERRIDDEN

(2) ASSESSOR IGNORES HOMESTEAD EXEMPTION

(3) ASSESSOR TAXES MOVABLE STRUCTORS. EXAMP: EVEN THOUGH TRAILERS HAVE WHEELS (MOVABLE) THEY ARE TAXED AS IN NEW SWANZY, FOR EXAMPLE.

(OVER)

I WILL ONLY BE IN TOWN FROM AUG. TO DEC.

II

JURY TRIAL FOR

THERE MUST BE A AUDIT OF THE ASSESSOR'S OFFICE TO DOCUMENT THESE OBUSSES & CORRECT THEM WITH EXTORTED MONEY RETURNED IN FORM OF PROPERTY TAX REFUNDS.

(4) FORSYTH TOWNSHIP IS GUILTY OF BREACH OF CONTRACT WHEN A PROPERTY OWNER PAYS TO HAVE WATER SERVICE DISCONNECTE (SHUT OFF) IN PAST; (NO WATER BILL) BUT NOW THERE IS A DISCONNET FEE. THE ELECTRIC & GAS & WATER SERVICE CO ARE BARED FROM DOING THIS; BY THE U.S. & MICHIGAN CONSTITIONS.

(5) BECAUSE OF LANDSCAPING IN THE CENTER MEDIUM OF PINE ST (M 35) ONCOMING TRAFFIC IS OBSCURED RESULTING IN TRAFFIC COLISIONS. FORSYTH IS RESPONSIBLE FOR RESTITUTION.

(6) WHEN THE FIRE STATION IS PAYED OUT OF PROPERTY TAXES THEY CANT CHARGE $500.00 PER CALL. (DOUBLE TAXATION)

III

(7.) THE FORSYTH POLICE REFUSE TO DO THE FOLLOWING & ARE RESPONSIBLE FOR MONITARY DAMAGES:

a. THEY REFUSE TO CHARGE SQUATTERS GUILTY OF CRIMINAL TRESSPASSING & SINCE THEY ASTABLASHED RESIDENCY (2 WEEKS) I MUST EVICT THEM. THEY CAUSD 2,000.00 DAMAGES & STOLE WASHER & DRYER.

b. I OWN 20 ACRES SINCE 1959 & I DRIVE 8 HR. TO GET PEACE & QUIET. WITHOUT MY PERMISSION, COURT ORDER OR EASMENT COMMERCIAL LOGGING TRUCKS ARE ENTERING & LEAVING MY ROAD & DESTROYING IT AT 3:30 AM. POLICE REFUSE TO SUPPLY AN EASMENT & WILL ARREST ME FOR MY EXERCYING MY PROPERTY RIGHTS.

c. THE TOWNSHIP WANTS TO REMOVE OLD NEW SWANZY MOBLE HOMES & BY NOT PROCUTING SQUATTERS WHO DESTROY PROPERTY TO THE EFFECT ITS CHEAPER TO WRECT & HAUL WHICH IS WHAT THEY WANT. ON JACKPINE

OVER

IV

ST ONCE A MOBLE HOME IS MOVED OR WRECKED YOU CAN'T PUT ANOTHER MOBLE HOME ON THE PROPERTY SO THE LAND BANK IS SELLING LOTS FOR $100.00 & THE ASSESSOR PLACE THE LAND VALUE AT $7,700, NO LOT HAS EVER SOLD FOR $7,700.00 THEREFORE ALL TAX BILL ARE INVALAD BECAUSE OF FRAUD.

AT 47 JACKPINE THE ASSESSOR IN 2014 PUT TCV=25,300 WHEN IT COST 6,000 TO WRECK & HAUL & LAND BANK PUT VALUE OF $500.00 WHICH I PAYED AT ASSESSOR PUT LAND VALUE AT 7,700 VIOLATING PROPOSAL A OF 1994; INVALID TAX BILLS. ONLY TRAILERS; MOBLE HOMES ON WHEELS CAN BE PARKED ON LOTS. YOU CAN'T TAX MOVABLE STRUCTURES.

8. SINCE 2009 ALL WATER BILLS ARE NOT THE RESPONSABILITY OF RENTS & ARE PUT IN PROPERTY OWNERS NAME, AS OF JULY 2018 I OWE OVER $1,300.00 A RENTER FACING EVICTION CAN TURN ON FAUSETS DURING 3 MONTH EVICTION PROCESS.

NOTE! ASSESSOR REFUSES TO FURNISH SATALITE MAPS WITH LOT'S BORDER MARKED ON THEM.

GENERAL DELIVERY AUG TO DEC,
GWINN MI, 49841
OR
Carl M. Bryzek Jr.
388 E. JEFFERY AV.
WHEELING ILL 60090
CARL M. BRYZEK JR.